1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8  UNITED STATES OF AMERICA,

9                              Plaintiff,              CASE NO. MJ 18-170

10        v.
                                                      DETENTION ORDER
11  JUAN ALBERTO GARCIA DE ANDA,

12                              Defendant.

13

14  Offense charged:        Distribution of Cocaine

15  Date of Detention Hearing:    April 16, 2018.

16        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17  based upon the factual findings and statement of reasons for detention hereafter set forth, finds that

18  no condition or combination of conditions which defendant can meet will reasonably assure the

19  appearance of defendant as required and the safety of other persons and the community.

20        FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

21        1.        Defendant was not interviewed by Pretrial Services, so his background information,

22  including citizenship, is unknown.  Defendant does not contest entry of an order of detention.

23        2.        Defendant poses a risk of nonappearance based on lack of background information.

DETENTION ORDER
PAGE - 1

1  Defendant poses a risk of danger based on the nature and circumstances of the offense.

2      3.      There does not appear to be any condition or combination of conditions that will

3  reasonably assure the defendant's appearance at future Court hearings while addressing the danger

4  to other persons or the community.

5  IT IS THEREFORE ORDERED:

6      1.      Defendant shall be detained pending trial, and committed to the custody of the

7  Attorney General for confinement in a correction facility separate, to the extent practicable, from

8  persons awaiting or serving sentences or being held in custody pending appeal;

9      2.      Defendant shall be afforded reasonable opportunity for privat consultation with

10  counsel;

11      3.      On order of the United States or on request of an attorney for the Government, the

12  person in charge of the corrections facility in which defendant is confined shall deliver the

13  defendant to a United States Marshal for the purpose of an appearance in connection with a court

14  proceeding; and

15      4.      The Clerk shall direct copies of this order to counsel for the United States, to

16  counsel for the defendant, to the United States Marshal, and to the United States Probation Services

17  Officer.

18      DATED this 16th day of April, 2018.

19

20  _____
   Mary Alice Theiler
21  United States Magistrate Judge

22

23

DETENTION ORDER
PAGE - 2